UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

___

Timothy M. Tierney,

      Plaintiff,                                    Court File No. 3:23-cv-477

vs.

BNSF Railway Company,
a Delaware corporation,

      Defendant.

___

**COMPLAINT AND DEMAND FOR JURY TRIAL**
___

      COMES NOW the Plaintiff, Timothy M. Tierney, and for his claim and cause of action to recover personal injury damages against the Defendant, BNSF Railway Company, a Delaware corporation, states and alleges as follows:

**PRELIMINARY STATEMENT**

1. This is an action to recover damages for personal injuries suffered by Plaintiff, Timothy M. Tierney, during the course and scope of his employment by BNSF Railway Company on August 24, 2020 while working as a carman for BNSF Railway. Plaintiff brings this action under the Federal Employers' Liability Act (FELA), 45 U.S.C. §§ 51-60.

**PARTIES**

2. That at the time of the incident, Mr. Tierney was a resident and citizen of Minnesota, and was employed by BNSF as a carman engaged in interstate commerce.

3. That at all times material herein, the Defendant, BNSF Railway Company, a Delaware corporation, (hereinafter BNSF), is a corporation, which is the owner and operator of

various trains, tracks and railroad yards in the County Douglas, State of Wisconsin and engaged as a for profit common carrier in interstate commerce.

## JURISDICTION AND VENUE

4. That this Court has subject-matter jurisdiction over Plaintiff's FELA claims pursuant to 28 U.S.C. § 1331 (federal question).

5. That this Court has personal jurisdiction over Defendant since the incident giving rise to Plaintiff's FELA claims occurred within the State of Wisconsin.

6. That venue to bring Plaintiff's FELA claims in this Court is proper pursuant to 45 U.S.C § 56, which allows bringing FELA claims in the district where the cause of action arose or in the district where the defendant is doing business at the time the action is commenced.

7. That this action brought under the FELA is timely commenced pursuant to 45 U.S.C. $ 56.

## FACTS

8. That on August 24, 2020, Plaintiff was in the course and scope of his employment working as a carman for Defendant on its tracks and premises in Superior, Wisconsin.

9. That while working on Defendant's train, Plaintiff was required as part of his job duties to use a PowerPusher to remove a truck set from a railcar located on track 3.

10. That the location where Plaintiff was required to perform his job duties did not have adequate lighting.

11. That in the course and scope of performing his duties, Plaintiff positioned the PowerPusher under the truck set and then secured the truck set to the PowerPusher. Plaintiff placed the PowerPusher in reverse, intending to stop once he reached the appropriate destination. When functioning as intended, the PowerPusher's automatic braking system brings the machine to a complete stop when the operator removes their hands from the throttle. When

Plaintiff reached the appropriate destination, he removed his hands from the throttle to engage the automatic brake.

12. That the automatic braking system failed to engage when Plaintiff removed his hands from the throttle as intended, and the PowerPusher continued to move in reverse toward Plaintiff.

13. That as a result, the PowerPusher pinned Plaintiff between the machine and the track mobile and continued to move in reverse, traumatically crushing his abdomen.

14. That after some time, Plaintiff was able to force the PowerPusher into a forward position releasing him from being pinned between the two machines.

15. That as a result of being crushed between the two machines, Plaintiff was injured, has suffered severe and permanent injury and disability; has suffered pain in the past and will suffer pain in the future; has incurred expenses for medical attention and hospitalization, and will incur further like expenses in the future; has suffered loss of earnings and loss of future earning capacity; and has suffered loss of his enjoyment of living, all to his injury and damage.

## CLAIMS FOR RELIEF

## COUNT ONE – DEFENDANT BNSF RAILWAY COMPANY

Plaintiff realleges paragraphs 1 through 12 as though set forth at length and detail herein.

16. That the injuries and damages sustained by Plaintiff were caused, in whole or in part, by the negligence of BNSF Railway Company, its agents, employees and officers in violation of the FELA, 45 U.S.C. § § 51-60, in one or more of the particulars alleged herein:

   a. Failing to provide Plaintiff with a reasonably safe place to work;

   b. Failing to provide Plaintiff with safe and proper tools and equipment for the work assigned;

    c. Failing to properly inspect, repair and maintain its equipment;

    d. Failing to properly inspect and maintain the PowerPusher.

    e. Negligently requiring Plaintiff to work with a defective and unsafe PowerPusher;

    f. Failing to comply with Federal Regulations governing inspection, maintenance and use of equipment;

    g. Failing to warn Plaintiff of defective and unsafe equipment;

    h. Failing provide adequate lighting when performing job duties;

    i. Other acts of negligence as may be determined by discovery and the evidence.

17. That as a result of BNSF Railway Company's negligence, Plaintiff was injured, suffered pain in the past and will suffer pain in the future; has incurred expenses for medical attention and hospitalization, and will incur further like expenses in the future; has suffered loss of earnings and impairment of future earning capacity; and suffered loss of enjoyment of life, all to his injury and damage.

WHEREFORE, Plaintiff, Timothy M. Tierney, prays judgment against the above named Defendant, BNSF Railway Company, a Delaware corporation, for recovery of reasonable damages in an amount sufficient to fully compensate Plaintiff for his losses and damages he has suffered, together with interest thereon as provided by law, and for their costs and disbursements herein incurred, and for such other and further relief as the Court may deem just and appropriate.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

HUNEGS, LeNEAVE & KVAS, P.A.

Dated: 7/14/2023

*s/ Thomas W. Fuller*
Cortney S. LeNeave, MN ID 018424X
Thomas W. Fuller, MN ID 0394778
Isabel S. Johnson, MN ID 0402429
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, Minnesota 55391
(612) 339-4511
cleneave@hlklaw.com
tfuller@hlklaw.com
ijohnson@hlklaw.com

ATTORNEYS FOR PLAINTIFF

The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. 549.211 to the party against whom the allegations in these pleadings are asserted.

*/s/ Thomas W. Fuller*
Cortney S. LeNeave, MN ID 018424X
Thomas W. Fuller, MN ID 0394778
Isabel S. Johnson, MN ID 0402429

5