IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Timothy M. Tierney,  Plaintiff,  vs.  BNSF Railway Company, a Delaware corporation,  Defendant. | Case No. 3:23-cv-00477-wmc |

**NOTICE OF SETTLEMENT**

Plaintiff, Timothy M. Tierney, respectfully submits this notice of settlement to the Court. The parties have reached a settlement. The parties anticipate filing the appropriate dismissal documents in the near future.

Dated: Feb 7, 2025

**HUNEGS, LeNEAVE & KVAS, P.A.**

*/s/Thomas W. Fuller*
Cortney S. LeNeave, MN ID 018424X
Thomas W. Fuller, MN ID 0394778
Isabel S. Johnson, MN ID 0402429
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, Minnesota 55391
(612) 339-4511
cleneave@hlklaw.com
tfuller@hlklaw.com
ijohnson@hlklaw.com

#695495v1